UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Evelyn Rodriguez
                               Plaintiff,
v.                                      Case No.: 1:16–cv–08314
                                                 Honorable Edmond E. Chang
ARS National Services, Inc.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2016:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's counsel, David Philipps, called the courtroom deputy to report that the case settled and to request a dismissal with leave to reinstate until 10/14/2016. The case is dismissed without prejudice and with full leave to reinstate via motion filed by 10/14/2016. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.