IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Evelyn Rodriguez, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   16 C 8314 |
| ARS National Services, Inc., a ) | Judge Chang |
| California corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the

dismissal of her claims against the Defendant, with prejudice.

Dated: September 9, 2016

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2016, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on September 9, 2016, by 5:00 p.m.

Katie Neill, Staff Attorney
ARS National Services, Inc.
P.O. Box 463023
Escondido, California 92046


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com